Robert K. Baldwin
Andrew N. Davis
**Baldwin Law, PLLC**
P.O. Box 10850
Bozeman, MT 59719
406-551-9993
rbaldwin@baldwinlawfirm.com
adavis@baldwinlawfirm.com

Attorneys for Plaintiff Patrick Arnone

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| Patrick Arnone,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Big Sky CannEx LLC,<br><br>　　　　Defendant. | Cause No. CV-23-73-BU-BMM<br><br>Hon. Brian Morris<br><br><br>Complaint |

For his complaint, Patrick Arnone ("Mr. Arnone") pleads as follows.

## PARTIES

1. Mr. Arnone is an individual who resides in Oak Creek, Colorado.

2. Big Sky CannEx LLC ("BSC") is a limited liability company organized under the laws of the state of Montana.

## JURISDICTION AND VENUE

3. Upon information and belief, the member of BSC is a citizen of the state of Montana.

4. No plaintiff is the citizen of the same state as any defendant.

5. This Court has jurisdiction of this case pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship, and because the amount in controversy on the Plaintiff's claims exceeds the sum or value of $75,000, exclusive of interests and costs.

6. Venue is proper in this Court pursuant to D. Mont. L.R. 3.2(b) and M.C.A. §§ 25-2-118, 25-2-121.

## GENERAL ALLEGATIONS

7. BSC operates in the cannabis processing business in Montana.

8. On April 17, 2023, Mr. Arnone contracted to sell, and BCS contracted to buy, equipment that may be used for cannabis extraction.

9. Per the Equipment Bill of Sale ("Bill of Sale"), upon delivery of the equipment, BSC would pay Mr. Arnone "$20,000.00 … and $10,000.00 per month due on the 5th of each month." Exhibit A. Further, "[a] final payment w[ould] be determined at the time of payoff that w[ould] include 2% APR accrued from the date of delivery." *Id.*

10. The total purchase price was $170,000. *Id.*

11. Mr. Arnone delivered the equipment to BSC in Belgrade, Montana in April 17, 2023.

12. To date, BSC has only satisfied the initial $20,000 payment as referenced. It has failed to make any further payments as required by the Bill of Sale.

13. The amount remaining to be paid, per the Bill of Sale, is $150,000, plus 2% APR from delivery included with the final payment.

## COUNT ONE – BREACH OF CONTRACT

14. Mr. Arnone incorporates the foregoing allegations as if set forth in full.

15. BSC has breached the Bill of Sale.

16. Mr. Arnone has been damaged by the breach.

17. Mr. Arnone is entitled to an award of damages against BSC, in the amount set forth above.

## COUNT TWO – QUANTUM MERUIT

18. Mr. Arnone incorporates the foregoing allegations as if set forth in full.

19. Mr. Arnone pleads this count in the alternative.

20. Mr. Arnone provided to BSC, at its request, the equipment referenced in the Bill of Sale.

21. Even in the absence of an enforceable contract, which Mr. Arnone does not concede, fairness and equity dictate that BSC should pay Mr. Arnone the value of the equipment.

22. Mr. Arnone is entitled to judgment against BSC in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Mr. Arnone requests the following relief:

23. An award of money damages in an amount to be determined at trial;

24. An award of attorney's fees and reasonable costs incurred in the prosecution of this matter;

25. Interest on all sums awarded; and

26. Such other and further relief as this Court deems just and necessary.

Dated October 23, 2023.

BALDWIN LAW, PLLC

_____
Andrew N. Davis
Attorney for Plaintiff

## INDEX OF EXHIBITS

| Ex. | Date | Description |
|---|---|---|
| A. | 4/17/23 | Copy of Signed Equipment Bill of Sale |