IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| Patrick Arnone,<br><br>       Plaintiff and<br>       Counter-Defendant,<br><br>   v.<br><br>Big Sky CannEx, LLC,<br><br>       Defendant and<br>       Counter-Claimant. | CV 23–73–BU–DLC<br><br><br>ORDER |

The parties having filed a stipulation for dismissal in the above-captioned action (Doc. 31), IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay their own costs. All pending motions are denied as moot and all deadlines are vacated.

DATED this 21st day of March, 2024.

_____
Dana L. Christensen, District Judge
United States District Court